# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NABBIL LOUZI BERRADA, HIND
BERRADA and Z.R.B.,

      Plaintiffs,

v.                                  Case No: 6:23-cv-1035-GAP-RMN

AMAZON.COM SERVICES LLC and
ESSENTIAL MART,

      Defendants

---

## ORDER

This cause comes before the Court on its Order to Show Cause filed January 10, 2024, as to why Defendant Essential Mart should not be dismissed for failure to effect proper service. *See* Doc. 28. Plaintiffs responded to the Order on January 20, 2024, but their response was inconsistent with the proof of service they attached. *See* Doc. 29.

On April 11, 2024, the United States Magistrate Judge issued a report recommending that Defendant Essential Mart be dismissed. Doc. 30. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant Essential Mart is hereby dismissed from this case without prejudice for failure to prosecute and failure to timely serve.  The clerk is directed to terminate Essential Mart as a defendant and any pending motion relating to Essential Mart is denied as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 26, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party